GABROY LAW OFFICES
Christian Gabroy (#8805)
Matthew Thomas (#15102)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIARE RAMIREZ, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive;<br><br>Defendant. | Case No: 2:19-cv-01174<br><br>**STIPULATION OF THE PARTIES TO RESCHEDULE EARLY NEUTRAL EVALUATION BY NEUTRAL MAGISTRATE JUDGE**<br><br>**Local Rule 16-6** |

**STIPULATION OF THE PARTIES TO RESCHEDULE EARLY NEUTRAL EVALUATION BY NEUTRAL MAGISTRATE JUDGE**

Pursuant to this court's order of July 9, 2019 (Dkt. #7), an Early Neutral Evaluation has been set for August 21, 2019. The parties herein submit this proposed stipulation and order to reschedule the ENE. Both parties are available for the

///
///
///
///
///
///
///

rescheduled ENE on the following dates: August 27, 2019, September 17, 2019, September 18, 2019, September 24, 2019 or September 25, 2019.

DATED: ____July 19, 2019____  DATED: ____July 19, 2019____

By:____/s/ Christian Gabroy_____
    Christian Gabroy, Esq.
    Bar #8805
    Matthew Thomas, Esq.
    Bar #15102
    Gabroy Law Offices
    170 S. Green Valley Pkwy, Suite 280
    Henderson, Nevada 89012
    (702) 259-7777
    *Attorneys for Plaintiff*

By:   /s/ Sandra Ketner
    Sandra Ketner, Esq.
    Bar #8527
    Wendy Medura Krincek, Esq.
    Bar #6417
    Littler Mendelson, P.C.
    3960 Howard Hughes Parkway
    Suite 300
    Las Vegas, NV 89169-5937
    (702) 862-8800
    *Attorneys for Defendant*

**IT IS HEREBY ORDERED**

This matter will be set for an early neutral evaluation before Magistrate Judge The Honorable Cam Ferenbach on September 25, 2019 at 10:00AM. The confidential statement is due by 4:00 PM, September 18, 2019. All else as stated in the order setting the ENE (ECF NO. 7) remains unchanged.

Dated: __July 19, 2019_____, 2019.

                                                  _____
                                                  United States Magistrate Judge