**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TIARE RAMIREZ,<br><br>               Plaintiff<br><br>v.<br><br>WYNN LAS VEGAS, LLC,<br><br>               Defendant | Case No. 2:19-cv-1174-APG-DJA<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER**<br><br>(ECF Nos. 26, 28) |

Magistrate Judge Albregts entered an Order granting in part plaintiff Tiare Ramirez's motion to quash third-party subpoenas. ECF No. 26. Ramirez objected to the order. ECF No. 28. One of Ramirez's objections is that, while Judge Albregts revised the subpoenas, he left in the phrase "any and all employment-related records, including but not limited to . . . ." Thus, according to Ramirez, the subpoenas still require the production of all documents, including those Judge Albregts struck from the subpoenas. In its response to the objection, defendant Wynn Las Vegas, LLC agreed "to further revise the subpoenas to seek '[a]ny and all employment-related records such as . . . .'" ECF No. 30 at 5:11-12. But the phrase "such as" does not sufficiently replace "including but not limited to" to address Ramirez's concerns about the breadth of the request. Thus, I will delete the phrase "any and all employment-related records, including but not limited to . . ." so the subpoenas require production of "employment applications, dates of employment, acknowledgements, schedules, performance reviews, leaves of absence, including unpaid time off and FMLA leave, benefits and medical records, disciplinary records, termination records, complaints, correspondence, e-mails, and any and all written materials that would be housed in an employee's personnel and/or supervisor's file."

Judge Albregts' Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). As modified above, Magistrate Judge Albregts' Order **(ECF No. 26) is affirmed** and Ramirez's Objection **(ECF No. 28) is overruled**.

DATED this 2nd day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE