1  GABROY LAW OFFICES
   Christian Gabroy (#8805)
2  Kaine Messer (#14240)
   The District at Green Valley Ranch
3  170 South Green Valley Parkway, Suite 280
   Henderson, Nevada 89012
4  Tel    (702) 259-7777
   Fax    (702) 259-7704
5  christian@gabroy.com
   kmesser@gabroy.com
6  *Attorney for Plaintiff Tiare Ramirez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIARE RAMIREZ, an individual;<br><br>　　　　　Plaintiff,<br>vs.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive;<br>　　　　　Defendant. | Case No: 2:19-cv-01174-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(Seventh Request)** |

### STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES

Pursuant to LR IA 6-1, 6-2, and LR 26-4, Plaintiff Tiare Ramirez ("Plaintiff") and Defendant Wynn Las Vegas, LLC. ("Defendant") and, by and through their undersigned counsel, hereby stipulate to amend the Discovery Plan and Scheduling Order, (ECF No. 40), by extending the outstanding discovery deadlines for a period of thirty (30) days.

This is the seventh request for an extension to the Discovery Plan and Scheduling Order in this matter. The requested extension is sought in good faith and not for purposes of undue delay. This request is submitted at least twenty-one (21) days or more before each deadline set forth below.

### DISCOVERY COMPLETED TO DATE

Both parties have exchanged their initial disclosures required under Fed. R. Civ. P. 26(a)(1)(A). Plaintiff served her initial disclosures on September 9, 2019 and her first supplemental disclosures on November 1, 2019. Defendant served its initial

disclosures on September 10, 2019 and its first supplemental disclosures on November 1, 2019. Defendant responded to Plaintiff's first sets of interrogatories and requests for production of documents on November 1, 2019. Plaintiff responded to Defendant's first sets of interrogatories and requests for production of documents on November 1, 2019.

On December 6, 2019, Defendant issued third-party subpoenas for Plaintiff's employment, education and medical records. Plaintiff objected to and moved to quash the subpoenas for Plaintiff's employment and education records (ECF No. 23). Defendant withdrew the subpoenas for Plaintiff's education records but maintained its request for Plaintiff's employment records from Caesars Palace and Able Baker Brewing. The parties fully briefed the issue regarding the discoverability of Plaintiff's employment records and on January 31, 2020, Magistrate Judge Albregts granted in part and denied in part Plaintiff's Motion to Quash Third-Party Subpoenas (ECF No. 26). Plaintiff subsequently filed Objections to Magistrate Judge Albregts' Order, which District Judge Gordon affirmed by Order dated March 3, 2020 (ECF No. 32). Thereafter, Defendant issued amended subpoenas to Caesars Palace and Able Baker Brewing for Plaintiff's employment records in accordance with United States District Judge Gordon's Order. Defendant received a response to its subpoena from Caesars Palace timely but Able Baker Brewing and treating healthcare provider, D. Ted Cohen responded to the respective subpoenas late.

## **DISCOVERY THAT REMAINS TO BE COMPLETED**

Plaintiff anticipates taking the deposition of Defendant Wynn Las Vegas, LLC, pursuant to Federal Rule of Civil Procedure 30(b)(6). Plaintiff also anticipates taking the depositions of individuals with knowledge of the facts and circumstances surrounding the allegations in the Complaint. Such individuals are anticipated to include Jeralynn Makaiwi, Karen Sanchez, Melissa Espino-Cascos, and Tia Gibson.

Defendant anticipates taking the deposition of Plaintiff Tiare Ramirez and perhaps others based upon the deposition testimony provided.

## REASONS FOR EXTENSION TO COMPLETE DISCOVERY

This extension is necessary and good cause exists for several reasons. The current pandemic caused delays and difficulties in completing discovery due to employee furloughs and business closures (including delayed subpoena responses). In addition, a household member of counsel for Defendant suffering from a chronic health condition suffered a serious decline and recently was transitioned to a long-term care facility, which caused unpredictability in availability for depositions.

Counsel for Plaintiff has also had personal commitments that have delayed such discovery including Plaintiff Counsel's father being in ICU for over thirty days, transferred to IMU, and now in a skilled nursing facility. Plaintiff Counsel is assisting his father in his pending legal matters as well. These matters impeded the ability to complete depositions during June 2021 as originally contemplated. However, the parties were able to continue making progress towards settlement and intend to conclude those discussions during the next two weeks and schedule depositions thereafter only if needed.

## PROPOSED REVISED DISCOVERY PLAN

1. Discovery Cut-Off Deadline

The discovery cut-off deadline shall be extended for thirty (30) days from July 22, 2021 to **Monday, August 23, 2021** (August 21, 2021 falls on a Saturday).

2. Dispositive Motions Deadline

The parties shall file dispositive motions thirty (30) days after the extended discovery cut-off date, and therefore, not later than **Wednesday, September 22, 2021.**

3. Joint Pretrial Order Deadline

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed thirty (30) days after the date set for filing dispositive motions, and therefore, not later than **Friday, October 22, 2021**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions

or otherwise by further order of the Court.

4. Fed. R. Civ. P. 26(a)(3) Disclosures

The pretrial disclosures shall be included within the pretrial order as per LR 26-1(b)(6).

5. Extensions or Modification of the Discovery Plan and Scheduling Order

In accordance with Local Rule 26-4, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

5. Trial and Calendar Call

No trial has been set in this matter.

| | |
|---|---|
| Dated this ___ Day of June 2021. | Dated this ___ Day of June 2021. |
| GABROY LAW OFFICES | LITTLER MENDELSON, P.C. |
| By: __/s/ Christian Gabroy_____<br>Christian Gabroy, Esq.<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>Telephone: (702) 259-7777<br>christian@gabroy.com<br>*Attorney for Plaintiff* | By: _/s/ Wendy Krincek_____<br>Wendy Krincek, Esq.<br>3960 Howard Hughes Parkway<br>Suite 300<br>Las Vegas, NV 89169<br>wkrincek@litler.com<br>*Attorneys for Defendant* |

## ORDER

IT IS ORDERED that ECF No. 45 is GRANTED. However, the Court notes that this is the parties' seventh request for an extension of the discovery deadlines. The parties are strongly encouraged to complete discovery by the deadline provided herein.

**IT IS SO ORDERED**

**DATED:** 10:54 am, July 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

  Gabroy Law Assistant <assistant@gabroy.com>

## SAO to Extend Discovery Deadlines 7th Request.doc
2 messages

**Krincek, Wendy M.** <wkrincek@littler.com>  Wed, Jun 23, 2021 at 4:01 PM
To: christian@gabroy.com, kmesser@gabroy.com
Cc: assistant@gabroy.com, emelwak@littler.com

I red-lined in a couple sentences. I'm good with this if you are.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

 **SAO to Extend Discovery Deadlines 7th Request.doc**
73K

---

**Christian Gabroy** <christian@gabroy.com>  Wed, Jun 23, 2021 at 5:11 PM
To: "Krincek, Wendy M." <wkrincek@littler.com>
Cc: Kaine Messer <kmesser@gabroy.com>, Gabroy Law Assistant <assistant@gabroy.com>, "Melwak, Erin J." <emelwak@littler.com>

Great, please file ella.
[Quoted text hidden]
--

 Christian J. Gabroy, Esq.
GABROY LAW OFFICES
The District at Green Valley Ranch
170 S. Green Valley Pkwy. Ste. 280 | Henderson, NV 89012
Office: (702) 259-7777 | Facsimile: (702) 259-7704
1 North LaSalle St. Ste. 1775 | Chicago, IL 60602
Office: (312) 372-0515 | Fax: (312) 372-0520

STATEMENT OF CONFIDENTIALITY: The information contained in this transmission, including any attached documentation is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Gabroy Law Offices immediately by replying to this email. Please delete all copies of this message and any attachments immediately.

