GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Tiare Ramirez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIARE RAMIREZ, an individual;<br><br>Plaintiff,<br>vs.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive;<br><br>Defendant. | Case No: 2:19-cv-01174-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 57)** |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 57)**

The parties by and through their respective attorneys of record, hereby stipulate to a forty-five (45) day extension through February 3, 2022 for Plaintiff Tiare Ramirez ("Plaintiff") to respond to Defendant Wynn Las Vegas, LLC's ("Defendant") Motion for Summary Judgment (ECF No. 57).

Defendant filed its Motion for Summary Judgment (ECF No. 57) on November 29, 2021. Plaintiff's response is currently due on December 20, 2021. Plaintiff has requested the extension and Defendant has agreed to the request.

Good cause exceedingly exists for such extension. Unfortunately, Plaintiff's trial counsel's immediate family member suffered a medical emergency, requiring intubation. Such individual remains under supervised care, and unfortunately has very recently received an unfavorable diagnosis. This family emergency has necessarily required a

great deal of Plaintiff's trial counsel's time and attention. Further, Plaintiff's counsel has previously-planned travel obligations to an outside jurisdiction that he is licensed in and maintains an office in (Chicago, IL) during the interim.

Accordingly, the parties agree that Plaintiff's response to Defendant's Motion for Summary Judgment (ECF No. 57) shall be due on February 3, 2022.

This request is not sought for any improper purpose or other reason of delay. No party is prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Dated: November 30, 2021                                  Dated: November 30, 2021

Respectfully submitted,                                         Respectfully submitted,

*/s/ Christian Gabroy*                                              */s/ Kelsey E. Stegall*
Christian Gabroy, Esq. (#8805)                            Wendy Medura Krincek, Esq. (#6417)
Kaine Messer, Esq. (#14240)                                Kelsey E. Stegall, Esq. (#14279)
GABROY LAW OFFICES                                        LITTLER MENDELSON P.C.

*Attorneys for Plaintiff*                                             *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATE: December 1, 2021