Wendy Medura Krincek, Bar No. 6417
wkrincek@littler.com
Kelsey E. Stegall, Bar No. 14279
kstegall@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
WYNN LAS VEGAS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIARE RAMIREZ, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>            Defendant. | Case No. 2:19-cv-01174-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

       Plaintiff TIARE RAMIREZ (hereinafter "Plaintiff") and Defendant WYNN LAS VEGAS, LLC (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to file a Reply in Support of its Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 12(b)(6), (ECF No. 57), from the current deadline of March 10, 2022, until up to and including **March 24, 2022**.  There is good cause for entering into this stipulation due to the fact that counsel for Defendant has been in trial preparation for another matter and needs additional time pursuant to this.

       This is the first request for an extension of time with respect to Defendant's Reply.[1]  The

---

[1]    The Court granted the parties' Stipulation to extend the time for Plaintiff to file an Opposition, (ECF No. 63), and moved Defendant's deadline to reply to March 10, 2022.

2:19-CV-01174-APG-BNW

parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: March 4, 2022 | Dated: March 4, 2022 |
| Respectfully submitted, | Respectfully submitted, |
| */s/ Christian Gabroy, Esq.* | |
| CHRISTIAN GABORY, ESQ. (#8805)<br>KAINE MESSER, ESQ. (#14240)<br>GABROY MESSER | WENDY M. KRINCEK, ESQ. (#6417)<br>KELSEY STEGALL, ESQ. (#14279)<br>LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |

**ORDER**

**IT IS SO ORDERED.**

Date: March 7, 2022

_____
UNITED STATES DISTRICT COURT JUDGE

4864-7613-4930.1 / 067538-1036

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2                                                            2:19-CV-01174-APG-BNW