Wendy Medura Krincek, Bar No. 6417
wkrincek@littler.com
Kelsey E. Stegall, Bar No. 14279
kstegall@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:         702.862.8811

Attorneys for Defendant
WYNN LAS VEGAS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIARE RAMIREZ, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>    Defendant. | Case No. 2:19-cv-01174-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**SECOND REQUEST** |

Plaintiff TIARE RAMIREZ (hereinafter "Plaintiff") and Defendant WYNN LAS VEGAS, LLC (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to file a Reply in Support of its Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 12(b)(6), (ECF No. 57), from the current deadline of March 24, 2022, until up to and including **April 7, 2022**.  There is good cause for entering into this stipulation due to the fact that counsel for Defendant, Wendy Krincek, had her parent suddenly have a very serious medical emergency arise this week with emergency surgery taking place today, March 18, 2022.  Due to this, Ms. Krincek is out of the office and unavailable currently and for the foreseeable future, and given this emergency, more time is needed for the reply.

This is the second request for an extension of time with respect to Defendant's Reply.  The

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2:19-CV-01174-APG-BNW

parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: March 18, 2022

Respectfully submitted,

/s/ Christian Gabroy
CHRISTIAN GABORY, ESQ. (#8805)
KAINE MESSER, ESQ. (#14240)
GABROY MESSER

Attorneys for Plaintiff

Dated: March 18, 2022

Respectfully submitted,

WENDY M. KRINCEK, ESQ. (#6417)
KELSEY STEGALL, ESQ. (#14279)
LITTLER MENDELSON, P.C.

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Date: March 21, 2022

_____
UNITED STATES DISTRICT COURT JUDGE

4871-0751-8998.1 / 067538-1036

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2    2:19-CV-01174-APG-BNW