GABROY | MESSER
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Tiare Ramirez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIARE RAMIREZ, an individual;<br><br>         Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive;<br><br>         Defendant. | Case No: 2:19-cv-01174-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO STRIKE (ECF No. 70)** |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO STRIKE (ECF No. 70)**

The parties by and through their respective attorneys of record, hereby stipulate to a fourteen (14) day extension through May 5, 2022 for Plaintiff Tiare Ramirez ("Plaintiff") to respond to Defendant Wynn Las Vegas, LLC's ("Defendant") Motion to Strike Plaintiff's Exhibit IX to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Defendant's "Motion to Strike," ECF No. 70).

Defendant filed its Motion to Strike on April 7, 2022. Plaintiff's response is currently due on April 21, 2022. Plaintiff has requested the extension and Defendant has agreed to the request.

Good cause exceedingly exists for such extension. Unfortunately, and as this Court is now aware, Plaintiff's trial counsel's immediate family member suffered a medical emergency, requiring intubation. Such individual remains under supervised care,

Page 1 of 2

and unfortunately has very recently received an unfavorable diagnosis. This family emergency has necessarily required a great deal of Plaintiff's trial counsel's time and attention.

Accordingly, the parties agree that Plaintiff's response to Defendant's Motion to Strike (ECF No. 70) shall be due on May 5, 2022.

This request is not sought for any improper purpose or other reason of delay. No party is prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Dated: April 19, 2022

Respectfully submitted,

*/s/ Christian Gabroy*
Christian Gabroy, Esq. (#8805)
Kaine Messer, Esq. (#14240)
GABROY | MESSER

*Attorneys for Plaintiff*

Dated: April 19, 2022

Respectfully submitted,

*/s/ Kelsey Stegall*
Wendy Medura Krincek, Esq. (#6417)
Kelsey E. Stegall, Esq. (#14279)
LITTLER MENDELSON P.C.

*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATE: April 20, 2022