UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIARE RAMIREZ,<br><br>　　Plaintiff<br><br>v.<br><br>WYNN LAS VEGAS, LLC,<br><br>　　Defendant | Case No.: 2:19-cv-01174-APG-BNW<br><br>**Order**<br><br>[ECF No. 64] |

　　Defendant Wynn Las Vegas, LLC moved for summary judgment on plaintiff Tiare Ramirez's claims. ECF No. 57. Ramirez opposed. ECF No. 64. In her opposition, Ramirez cites to her internally numbered Exhibit III, which I believe is meant to be Karen Sanchez's deposition transcript. *See, e.g.*, *id.* at 11-12. Ramirez did not file an internally numbered Exhibit III. Should Ramirez want me to consider that exhibit, she must file an errata with the proper exhibit by August 10, 2022.[1]

　　I THEREFORE ORDER plaintiff Tiare Ramirez to file an errata with the proper Exhibit III that she wishes me to consider by **August 10, 2022.** If not, I will consider her opposition without that exhibit.

　　DATED this 5th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The errata should include only Exhibit III, not the other exhibits.