WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KELSEY E. STEGALL, ESQ., Bar #14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
Email: wkrincek@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
WYNN LAS VEGAS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIARE RAMIREZ, an individual;<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive;<br><br>　　　　　　　Defendant. | Case No. 2:19-cv-01174-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE JOINT PRETRIAL ORDER DEADLINE**<br><br>**(First Request)** |

　　　Defendant WYNN LAS VEGAS, LLC. ("Defendant") and Plaintiff TIARE RAMIREZ ("Plaintiff"), by and through their undersigned counsel, do hereby stipulate and agree to extend the current deadline to file a Joint Pretrial Order from September 28, 2022, to **October 28, 2022**.

　　　Counsel for Defendant, Kelsey Stegall, just concluded a two-week federal trial before this Court, and because of this, Defendant needs additional time to adequately assess the case in order to prepare the joint pretrial order.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

4873-9522-8720.1 / 067538-1036

This is the first request for an extension of this deadline, and it is sought in good faith and not for the purpose of delay.

Dated: September 7, 2022

Respectfully submitted,

*/s/ Christian Gabroy, Esq.*
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY | MESSER

Attorneys for Plaintiff
TIARE RAMIREZ

Dated: September 7, 2022

Respectfully submitted,

WENDY KRINCEK, ESQ.
KELSEY STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WYNN LAS VEGAS, LLC

**ORDER**
**IT IS SO ORDERED**

**DATED:** 2:14 pm, September 08, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2.

4873-9522-8720.1 / 067538-1036