Christian Gabroy
(#8805)
Kaine Messer
(#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Tiare Ramirez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIARE RAMIREZ, an individual;<br><br>Plaintiff,<br>vs.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX inclusive,<br><br>Defendant. | Case No. 2:19-cv-01174-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(Second Request)** |

**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**

The parties by and through their respective attorneys of record, hereby stipulate to a thirty (30) day extension up to and including November 27, 2022, to file the Joint Pretrial Order. Per LR IA 6-1 Defendant filed its first Stipulation and Order to extend the Joint Pretrial Order Deadline on September 7, 2022. This is the second request for extension to file Joint Pretrial Order Deadline.

The deadline for the Joint Pretrial Order is currently October 28, 2022. ECF No. 78. Plaintiff has requested the extension and Defendant has agreed to the request.

Good cause exists for such extension. Plaintiff's counsel is currently adding new personnel, has prior scheduled commitments, and requires the extension to conduct due diligence and potentially streamline various issues.

Accordingly, the parties stipulate to extending the deadline to file the Joint Pretrial Order deadline to November 27, 2022.

Page 1 of 2

This request is not sought for any improper purpose or other reason of delay. No party is prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Dated:                                                                 Dated:

Respectfully submitted,                                 Respectfully submitted,

/s/ Christian Gabroy                                         /s/ Kelsey Stegall
Christian Gabroy                                              Wendy M. Krincek
(#8805)                                                              (#6147)
Kaine Messer                                                    Kelsey E. Stegall
(#14240)                                                            (#14279)
The District at Green Valley Ranch             3960 Howard Hughes Parkway
170 South Green Valley Parkway                 Suite 300
Suite 280                                                           Las Vegas, Nevada 89169
Henderson, Nevada 89012                          Tel    (702) 862-8800
Tel    (702) 259-7777                                      wkrincek@littler.com
christian@gabroy.com                                    ekim@littler.com
kmesser@gabroy.com

*Attorneys for Plaintiff*                                    *Attorneys for Defendant*
*Tiara Ramirez*                                                *Wynn Las Vegas, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2022