| | |
|---|---|
| 1 | Christian Gabroy |
| 2 | (#8805) |
|   | Kaine Messer |
| 3 | (#14240) |
|   | The District at Green Valley Ranch |
| 4 | 170 South Green Valley Parkway |
|   | Suite 280 |
| 5 | Henderson, Nevada 89012 |
|   | Tel    (702) 259-7777 |
| 6 | christian@gabroy.com |
|   | kmesser@gabroy.com |
| 7 | *Attorneys for Plaintiff* |
|   | *Tiare Ramirez* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIARE RAMIREZ, an individual; | Case No. 2:19-cv-01174-APG-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE** |
| vs. | |
| WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX inclusive, | **(Third Request)** |
| Defendant. | |

**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**

The parties by and through their respective attorneys of record, hereby stipulate to a forty-five (45) day extension up to and including January 11, 2023, to file the Joint Pretrial Order. Per LR IA 6-1, Defendant filed the first Stipulation and Order to extend the Joint Pretrial Order Deadline on September 7, 2022. ECF No. 78. Plaintiff filed the second Stipulation and Order to extend the Joint Pretrial Order Deadline on October 27, 2022. ECF No. 80. To date, the parties are working and conferring together to complete the Joint Pretrial Order to completion and finalization. This is the third request for extension to file Joint Pretrial Order Deadline. The deadline for the Joint Pretrial Order is currently November 27, 2022. Plaintiff has requested this extension and Defendant has agreed to the request.

Good cause exists for such extension. Defendant has tendered draft of JPTO to Plaintiff. Plaintiff and Defendant are meeting and conferring to complete such JPTO

requirements in order to submit a finalized JPTO. Plaintiff's counsel has prior scheduled travel commitments, needs to tend to personal family matters including matters relating to his father's medical prognosis, his ongoing legal matters, the upcoming holidays, and requires the extension to conduct due diligence and potentially streamline various issues.

Accordingly, the parties stipulate to extending the deadline to file the Joint Pretrial Order deadline to January 11, 2023.

This request is not sought for any improper purpose or other reason of delay. No party is prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Dated: November 21, 2022

Respectfully submitted,

/s/ Christian Gabroy
Christian Gabroy
(#8805)
Kaine Messer
(#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiff
Tiara Ramirez*

Dated: November 21, 2022

Respectfully submitted,

/s/ Wendy Krincek
Wendy M. Krincek
(#6147)
Kelsey E. Stegall
(#14279)
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169
Tel    (702) 862-8800
wkrincek@littler.com
ekim@littler.com

*Attorneys for Defendant
Wynn Las Vegas, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 23, 2022