PATRICK H. HICKS, ESQ.
Bar No. 4632
WENDY MEDURA KRINCEK, ESQ.
Bar No. 6417
KELSEY E. STEGALL, ESQ.
Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:  702.862.8800
Fax No.:  702.862.8811
Email: phicks@littler.com
Email: wkrincek@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
WYNN LAS VEGAS, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIARE RAMIREZ, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>　　　　　Defendant. | Case No. 2:19-cv-01174-APG-EJY<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR THE PARTIES TO FILE OPPOSITIONS TO THE MOTIONS IN LIMINE**<br><br>**(FIRST REQUEST)** |

　　　　Defendant WYNN LAS VEGAS, LLC, and Plaintiff TIARE RAMIREZ (collectively, the "parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for the parties to file their respective oppositions to each party's Motions in Limine, (ECF Nos. 110 and 111), currently due on September 6, 2024, by two weeks, up to and including September 20, 2024.

　　　　In light of the Court granting a short continuance of the trial, (ECF No. 113), the parties seek additional time to provide their oppositions given this continuance. The parties are seeking an additional two weeks, placing the requested deadline approximately one month before trial, in the event that the Court chooses to decide the motions prior to Calendar Call.

This extension is made in good faith and not for the purpose of undue delay.

Dated: August 30, 2024

Respectfully submitted,

*/s/ Kaine Messer*
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY | MESSER

Attorney for Plaintiff

Dated:  August 30, 2024

Respectfully submitted,

PATRICK H. HICKS, ESQ.
WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated:  September 3, 2024.

UNITED STATES DISTRICT JUDGE

4868-8109-8206.1 / 067538-1036

2.