PATRICK H. HICKS, ESQ.
Bar No. 4632
WENDY MEDURA KRINCEK, ESQ.
Bar No. 6417
KELSEY E. STEGALL, ESQ.
Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email: phicks@littler.com
Email: wkrincek@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
  WYNN LAS VEGAS, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIARE RAMIREZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-01174-APG-EJY<br><br>**DEFENDANT'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION** |

　　　　Defendant WYNN LAS VEGAS, LLC ("WLV"), by and through its counsel of record, hereby submits its proposed supplemental jury instruction.

**DEFENDANT'S SUPPLEMENTAL JURY INSTRUCTION NO. 1**

<u>AUTHENTICATION AND CLARIFICATION OF MEDICAL CERTIFICATIONS UNDER THE FMLA</u>

Under the FMLA, employers may not ask health care providers for additional information beyond that required by the medical certification form. It is the employee's responsibility to provide the employer with a complete and sufficient medical certification and to clarify the medical certification if necessary.

*See* 29 CFR § 825.307 Authentication and clarification of medical certification for leave taken because of an employee's own serious health condition or the serious health condition of a family member; second and third opinions.

Dated:  October 22, 2024

Respectfully submitted,

_/s/ Kelsey E. Stegall_
PATRICK H. HICKS, ESQ.
WENDY MEDURA KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WYNN LAS VEGAS, LLC

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada, 89169.  On October 22, 2024, I served the within document(s):

**DEFENDANT WYNN LAS VEGAS, LLC'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Christian Gabroy, Esq.
Kaine Messer, Esq.
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012

Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 22, 2024 at Las Vegas, Nevada.

/s/ Maribel Rodriguez
Maribel Rodriguez

4