UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIARE RAMIREZ,

    Plaintiff

v.

WYNN LAS VEGAS, LLC,

    Defendant

Case No.: 2:19-cv-01174-APG-EJY

**Verdict Form**

We, the jury in the above-titled action, find the following:

### FMLA Interference

1. Has Tiare Ramirez proved by a preponderance of the evidence her FMLA interference claim against Wynn Las Vegas?

    __X__ Yes      ____ No

*If you answered "Yes" to question 1, proceed to question 2. If you answered "No" to question 1, proceed to question 3.*

2. What is the amount of damages Ramirez has proved by a preponderance of the evidence that would reasonably compensate her for either her lost wages and benefits or her other expenses incurred because of Wynn Las Vegas's FMLA interference?

$ 321,200.00

*Proceed to question 3.*

## ADA Discrimination

3. Has Tiare Ramirez proved by a preponderance of the evidence her ADA discrimination claim against Wynn Las Vegas?

    \_\_\_\_\_ Yes          **X** No

    If yes, the discrimination was based on: *Check all that apply (if any)*

    \_\_\_\_\_ Actual physical impairment

    \_\_\_\_\_ Record of physical impairment

    \_\_\_\_\_ Regarding her as physically impaired

*If you answered "Yes" to question 3, proceed to question 4. If you answered "No" to question 3, proceed to question 7.*

4. What is the amount of damages Ramirez has proved by a preponderance of the evidence that would reasonably compensate her for the discrimination she suffered?

    $ _____

    *Proceed to question 5.*

5. Do you find that Tiare Ramirez has proved by a preponderance of the evidence that Wynn Las Vegas was malicious, oppressive, or acted in reckless disregard of her rights so as to justify the awarding of punitive damages?

    \_\_\_\_\_ Yes          \_\_\_\_\_ No

    *Answer question 6 only if you answered "Yes" to question 5. If you answered "No" to question 5, proceed to question 7.*

6. What amount do you award to Tiare Ramirez as punitive damages to punish Wynn Las Vegas's conduct?

   $ _____

   *Proceed to question 7.*

### Total Amount of Damages

*Answer question 7 only if you answered "yes" to question 1 or 3. Otherwise proceed to the end of the form.*

7. For all claims against Wynn Las Vegas, what is the total amount of damages you award Ramirez?

   Compensatory:    $ 32,200.00

   Punitive:        $ _____

*Sign and date the verdict and return it to the bailiff.*

DATED this 25th day of October, 2024.

                                              /s/
                                       PRESIDING JUROR

3