Christian Gabroy
(#8805)
Kaine Messer
(#14240)
Gabroy | Messer
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiff*
*Tiare Ramirez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIARE RAMIREZ, an individual;<br><br>Plaintiff,<br>vs.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX inclusive,<br><br>Defendant. | Case No. 2:19-cv-01174-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE**<br><br>**(1) TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR REMITTITUR ECF NO. 174 AND MOTION FOR SANCTIONS ECF NO. 175**<br><br>**AND**<br><br>**(2) TO FILE DEFENDANT'S REPLY THERETO**<br><br>(First Request) |

**STIPULATION AND ORDER TO EXTEND DEADLINE (1) TO FILE RESPONSE TO DEFENDANT'S MOTION FOR REMITTITUR ECF NO. 174 AND MOTION FOR SANCTIONS ECF NO. 175 AND (2) TO FILE DEFENDANT'S REPLY THERETO**

The Parties, by and through their respective attorneys of record, hereby stipulate that Plaintiff's Response to Defendant's Motion for Remittitur (ECF No. 174) and Motion for Sanctions (ECF No. 175) (together Defendant's "Motion") shall be extended fourteen (14) days to December 17, 2024. Defendant's Motion was filed on November 17, 2024 and Plaintiff's Opposition is currently due on December 3, 2024.   See LR 7-2(b). Additionally, the parties further agree that

1  Defendant's Reply thereto shall be due no later than January 15, 2025. This is the
2  parties' first request for an extension of these deadlines.

3  Good cause supports this request. Lead counsel for Plaintiff had a recent
4  death in the family requiring his attention. Plaintiff's counsel has additional staffing
5  issues necessitating the extension.  The parties further believe good cause exists
6  for Defendant's reply to be due by January 15, 2025, as the extended deadline for
7  the opposition would otherwise require Defendant's reply to be due in the midst of
8  the holidays conflicting with planned travel and time away from the office.

9  Therefore, Plaintiff's Response to Defendant's Motions, ECF 174 and
10 175, shall be due no later than Tuesday, December 17, 2024 and Defendant's
11 Reply thereto shall be due no later than Wednesday, January 15, 2025.
12 / / /

This stipulation is made in good faith and not for purposes of delay. No party is prejudiced by this stipulation.

**IT IS SO STIPULATED.**

Dated:  November 22, 2024                     Dated: November 22, 2024

Respectfully submitted,                                Respectfully submitted,

*/s/ Christian Gabroy*                                     */s/ Wendy M. Krincek*
Christian Gabroy                                             Patrick H. Hicks, Esq.
(#8805)                                                              (#4632)
Kaine Messer                                                   Wendy M. Krincek
(#14240)                                                            (#6147)
The District at Green Valley Ranch         Kelsey E. Stegall
170 South Green Valley Parkway            (#14279)
Suite 280                                                           3960 Howard Hughes Parkway
Henderson, Nevada 89012                       Suite 300
Tel:    (702) 259-7777                                   Las Vegas, Nevada 89169
christian@gabroy.com                              Tel:    (702) 862-8800
kmesser@gabroy.com                               phicks@littler.com
                                                                          wkrincek@littler.com
*Attorneys for Plaintiff*                                 kstegall@littler.com
*Tiara Ramirez*

*Attorneys for Defendant*
*Wynn Las Vegas, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: November 25, 2024