Christian Gabroy
(#8805)
Kaine Messer
(#14240)
Gabroy | Messer
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:    (702) 259-7777
Fax:    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiff*
*Tiare Ramirez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIARE RAMIREZ, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX inclusive, <br><br> Defendant. | Case No. 2:19-cv-01174-APG-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE POST-TRIAL MOTIONS** <br><br> (Second Request) |

**STIPULATION AND ORDER TO EXTEND DEADLINE
TO FILE POST-TRIAL MOTIONS**

The Parties, by and through their respective attorneys of record, hereby stipulate to a seven (7) day extension, up to and including December 10, 2024, to file all post-trial motions and relief, objections to Defendant's Bill of Costs, and all additional Bill of Costs. Such motions, objections, and additional bill of costs are currently due by Tuesday, December 3, 2024. *See* ECF No. 173. This is the second request to extend this deadline. *See* ECF No. 172.

Good cause supports this request.  Plaintiff's law firm consisting of two attorneys has recently been stricken with personnel transition, a new baby girl is to be birthed shortly, and Plaintiff's lead counsel in this matter had a death in his family.  Unfortunately, Plaintiff's lead counsel has also had a medical issue arise

that has necessitated seeking treatment, has received medications, and necessitated this request. Plaintiff's lead counsel has contacted Defendant with this request.

Defendant has graciously approved this request.

This Stipulation is made in good faith and not for purposes of delay. No party is prejudiced by this stipulation.

**IT IS SO STIPULATED.**

Dated: December 3, 2024                                    Dated: December 3, 2024

Respectfully submitted,                                       Respectfully submitted,

*/s/ Christian Gabroy*                                         */s/ Wendy M. Krincek*
Christian Gabroy (#8805)                                   Patrick H. Hicks, Esq. (#4632)
Kaine Messer (#14240)                                      Wendy M. Krincek (#6147)
The District at Green Valley Ranch                    Kelsey E. Stegall (#14279)
170 South Green Valley Parkway                     3960 Howard Hughes Parkway
Suite 280                                                              Suite 300
Henderson, Nevada 89012                               Las Vegas, Nevada 89169
Tel:   (702) 259-7777                                         Tel:   (702) 862-8800
christian@gabroy.com                                       phicks@littler.com
kmesser@gabroy.com                                      wkrincek@littler.com
                                                                            kstegall@littler.com
*Attorneys for Plaintiff*
*Tiara Ramirez*                                                  *Attorneys for Defendant*
                                                                            *Wynn Las Vegas, LLC*

**IT IS SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

Dated: December 4, 2024