1  Christian Gabroy
   (#8805)
2  Kaine Messer
   (#14240)
3  Gabroy | Messer
   The District at Green Valley Ranch
4  170 South Green Valley Parkway
   Suite 280
5  Henderson, Nevada 89012
   Tel:   (702) 259-7777
6  Fax:   (702) 259-7704
   christian@gabroy.com
7  kmesser@gabroy.com

8  *Attorneys for Plaintiff*
   *Tiare Ramirez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIARE RAMIREZ, an individual;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX inclusive,<br><br>　　　　　Defendant. | Case No. 2:19-cv-01174-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE POST-TRIAL MOTIONS AND SET BRIEFING SCHEDULE**<br><br>(Third Request) |

**STIPULATION AND ORDER TO EXTEND DEADLINE**
**TO FILE POST-TRIAL MOTIONS**

The Parties, by and through their respective attorneys of record, hereby stipulate to a seven (7) day extension, up to and including December 17, 2024, for Plaintiff to file post-trial all motions and relief, attorneys' fees/costs objections to Defendant's Bill of Costs, and all additional Bill of Costs. Such motions, objections, and additional bill of costs are currently due by Tuesday, December 10, 2024. *See* ECF No. 179. This is the third request to extend this deadline. For the Court's indulgence and convenience, the following schedule is hereby requested:

December 17, 2024:   Plaintiff to file post-trial all motions and relief, attorneys fees and costs, objections to Defendant's Bill of Costs, and all additional Bill of Costs.  Plaintiff to file Responses to Defendants' Motions filed on December 3, 2024.

January 15, 2025:   Defendant to file Responses to Plaintiff's Motions filed on December 17, 2024

January 31, 2015   Plaintiff to file Replies to Defendant's Responses filed on January 15, 2025

Good cause supports this request.  Plaintiff's law firm consisting of two attorneys has recently been stricken with personnel transition, a new baby girl was born this past Friday morning weeks early, the hospital discharge was not until on Sunday with follow up doctor's appointments, Plaintiff's lead counsel in this matter had a death in his family.  Unfortunately, Plaintiff's lead counsel also is recovering from his medical issue that has necessitated seeking treatment, has received medications, and necessitated the earlier request.

Plaintiff's lead counsel had to reschedule depositions, other work matters, and also meetings in person on an emergency basis.  Plaintiff's lead counsel, with the Court's indulgence, is also training and managing new personnel, has hired additional staff, and has to attend to personal matters.

Defendant has graciously approved this request.

This Stipulation is made in good faith and not for purposes of delay. No party is prejudiced by this stipulation.

**IT IS SO STIPULATED.**

Dated: December 10, 2024

Respectfully submitted,

*/s/ Christian Gabroy*
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiff*
*Tiara Ramirez*

Dated: December 10, 2024

Respectfully submitted,

*/s/ Kelsey E. Stegall*
Patrick H. Hicks, Esq. (#4632)
Wendy M. Krincek (#6147)
Kelsey E. Stegall (#14279)
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169
Tel:   (702) 862-8800
phicks@littler.com
wkrincek@littler.com
kstegall@littler.com

*Attorneys for Defendant*
*Wynn Las Vegas, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: December 11, 2024