| | |
|---|---|
| 1 | PATRICK H. HICKS, ESQ. |
| | Bar No. 4632 |
| 2 | WENDY MEDURA KRINCEK, ESQ. |
| | Bar No. 6417 |
| 3 | KELSEY E. STEGALL, ESQ. |
| | Bar No. 14279 |
| 4 | LITTLER MENDELSON, P.C. |
| | 3960 Howard Hughes Parkway |
| 5 | Suite 300 |
| | Las Vegas, NV  89169-5937 |
| 6 | Telephone:    702.862.8800 |
| | Fax No.:       702.862.8811 |
| 7 | Email: phicks@littler.com |
| | Email: wkrincek@littler.com |
| 8 | Email: kstegall@littler.com |

Attorneys for Defendant
WYNN LAS VEGAS, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIARE RAMIREZ, an individual, | |
| Plaintiff, | Case No. 2:19-cv-01174-APG-EJY |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S BILL OF COSTS AND RESPONSE TO PLAINTIFF'S OBJECTION TO DEFENDANT'S BILL OF COSTS** |
| WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive, | |
| Defendant. | **(FIRST REQUEST)** |

Defendant WYNN LAS VEGAS, LLC, and Plaintiff TIARE RAMIREZ (collectively, the "parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to file its objection to Plaintiff's Bill of Costs, (ECF No. 192), currently due on December 31, 2024, up to and including **January 15, 2025**.

This extension was inadvertently omitted from the previous stipulation filed with the Court where Plaintiff sought extensions for all post-trial motions, and the parties built in a briefing schedule therein, (ECF No. 181). The parties mistakenly left off this date as a part of the agreed-upon briefing schedule in that stipulation and therefore seek to include Defendant's objection to Plaintiff's Bill of

Costs in that same briefing schedule.

Additionally, the parties stipulate and agree to extend Defendant's response deadline for Plaintiff's Objection to Defendant's Bill of Costs, (ECF No. 187), to the same date of **January 15, 2025**.

These extensions are made in good faith and not for the purpose of undue delay.

Dated: December 20, 2024

Respectfully submitted,

/s/ Christian Gabroy
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY | MESSER

Attorney for Plaintiff

Dated:  December 20, 2024

Respectfully submitted,

PATRICK H. HICKS, ESQ.
WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated:  December 20, 2024.

UNITED STATES MAGISTRATE JUDGE

4933-6652-5960.1 / 067538-1036

2.