PATRICK H. HICKS, ESQ.
Bar No. 4632
WENDY MEDURA KRINCEK, ESQ.
Bar No. 6417
KELSEY E. STEGALL, ESQ.
Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
Email: wkrincek@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
WYNN LAS VEGAS, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIARE RAMIREZ, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>                Defendant. | Case No. 2:19-cv-01174-APG-EJY<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PARTIES TO RESPOND TO POST-TRIAL MOTIONS AND SET BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)** |

Defendant WYNN LAS VEGAS, LLC, and Plaintiff TIARE RAMIREZ (collectively, the "parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for parties to respond to the pending Post-Trial Motions as follows:

- Defendant to file its oppositions to each of Plaintiff's Post-Trial Motions, (ECF Nos. 183, 188, 189, and 190), currently due on January 15, 2025, by three weeks, up to and including **February 5, 2025**.

- Defendant to file its replies in support of its Post-Trial Motions (ECF Nos. 171, 174, 175, and 179), currently due on January 15, 2025, by three weeks, up to and including **February 5, 2025.**

4932-6766-6957

- Defendant to file its objection to Plaintiff's Bill of Costs (ECF No. 192), currently due on January 15, 2025, by three weeks, up to and including **February 5, 2025**.
- Plaintiff to file her replies in support of her Post-Trial Motions (ECF Nos. 183, 188, 189, 190, and 192), currently due on January 31, 2025, by an additional three weeks, up to and including **March 14, 2025**.

This is the first extension request made by Defendant to extend these deadlines, and the extension is necessary due to the recent holidays and the number of filings that require a response. Accordingly, this request is made in good faith and not for the purpose of undue delay.

Dated: January 8, 2025

Respectfully submitted,

/s/ Christian Gabroy
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY | MESSER

Attorney for Plaintiff

Dated:  January 8, 2025

Respectfully submitted,

PATRICK H. HICKS, ESQ.
WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: January 10, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

4868-8109-8206.1 / 067538-1036

2.

4932-6766-6957