PATRICK H. HICKS, ESQ.
Nevada Bar No. 4632
WENDY MEDURA KRINCEK, ESQ.
Nevada Bar No. 6417
KELSEY E. STEGALL, ESQ.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
phicks@littler.com
wkrincek@littler.com
kstegall@littler.com

Attorneys for Defendant
WYNN LAS VEGAS, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIARE RAMIREZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendant. | Case No. 2:19-cv-01174-APG-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, (ECF NO. 190)**<br><br>**(SECOND REQUEST)** |

Defendant WYNN LAS VEGAS, LLC ("Defendant"), and Plaintiff TIARE RAMIREZ ("Plaintiff") (collectively, the "parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to file its response to Plaintiff's Motion for Attorneys' Fees and Costs, (ECF No. 190), currently due on February 5, 2025, by three weeks, up to and including **February 26, 2025**.  Plaintiff originally filed this Motion on December 17, 2024.

The parties additionally stipulate and agree to extend the time for Plaintiff to file its reply in support of its Motion, currently due on March 14, 2025**,** by an additional three weeks up to and including **April 4, 2025.**

This is the second extension request made by Defendant to extend this deadline, and the

4909-2915-2789

extension is necessary due to the number of filings that require a response currently due on February 5, 2025. Accordingly, this request is made in good faith and not for the purpose of undue delay.

Dated: February 4, 2025

Respectfully submitted,

/s/Christian Gabroy
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY | MESSER

Attorney for Plaintiff

Dated: February 4, 2025

Respectfully submitted,

PATRICK H. HICKS, ESQ.
WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: February 4, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

4868-8109-8206.1 / 067538-1036

2.

4909-2915-2789