UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIARE RAMIREZ, | Case No.: 2:19-cv-01174-APG-EJY |
| Plaintiff | **Order for Entry of Judgment** |
| v. | |
| WYNN LAS VEGAS, LLC, | |
| Defendant | |

This action was tried by a jury, and the jury rendered its verdict. In response to my July 29, 2025 order on post-trial motions, plaintiff Tiare Ramirez has elected to accept remittitur instead of a new trial on damages. ECF Nos. 213; 214.

I THEREFORE ORDER the clerk of court to enter judgment in favor of plaintiff Tiare Ramirez and against defendant Wynn Las Vegas, LLC on Ramirez's FMLA interference claim in the amount of $420,674.30 ($20,477.84, along with prejudgment interest of $6,722.91 for lost wages and benefits, $384,191.25 in attorneys' fees, and $9,282.30 in costs).

I FURTHER ORDER the clerk of court to enter judgment in favor of defendant Wynn Las Vegas, LLC and against plaintiff Tiare Ramirez on all other claims.

I FURTHER ORDER the clerk of court to close this case.

DATED this 5th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE