AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Tiare Ramirez,

                Plaintiff,

v.

Wynn Las Vegas, LLC,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01174-APG-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of plaintiff, Tiare Ramirez, and against defendant, Wynn Las Vegas, LLC, on Ramirez's FMLA interference claim in the amount of $420,674.30 ($20,477.84, along with prejudgment interest of $6,722.91 for lost wages and benefits, $384,191.25 in attorneys' fees, and $9,282.30 in costs), and in favor of defendant, Wynn Las Vegas, LLC, and against plaintiff, Tiare Ramirez, on all other claims.

08/05/2025
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk